```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ELISA VALENZUELA-PENA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:07-cr-46 DLB 9   (ODW) |
|---|---|
| Plaintiff, | ) Case No. 3:07-cr-449 WQH |
|  | ) |
| v. | ) STIPULATION TO CONTINUE |
|  | ) DEFENDANT'S ORDER TO APPEAR AND |
| ELISA VALENZUELA-PENA, | ) ORDER THEREON |
|  | ) |
| Defendant. | ) Date: April 6, 2007 |
|  | ) Time: 1:30 p.m. |
|  | ) Dept : Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Order for defendant to appear in the Southern District of California before the Duty Magistrate, on or before March 22, 2007, is hereby extended to **April 6, 2007**.

The reason for the continuance is to allow defendant additional time to post bond, to be released on

///
///
///
///
///
///
///
///

1 | PTS conditions.

2 | DATED:  March 21, 2007                    McGREGPOR W. SCOTT
3 |                                                                            United States Attorney

4 |
5 |                                                                     By /David Gappa/
                                                                              DAVID  GAPPA
6 |                                                                          Assistant U.S. Attorney
                                                                              Attorney for Plaintiff

7 | DATED:  March 21, 2007                    DANIEL J. BRODERICK
                                                                           Federal Defender
8 |
9 |
10 |                                                                   By /Eric V. Kersten/
                                                                             ERIC V. KERSTEN
11 |                                                                        Assistant Federal Defender
                                                                              Attorney for Defendant
12 |                                                                        ELISA VALENZUELA-PENA

13 |                                          O R D E R

14 |
15 |         IT IS SO ORDERED.

16 |         Dated:  **March 22, 2007**              **/s/ Dennis L. Beck**
     3b142a                                                 UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Defendant's Order
to Appear                                               2